U.S.A. vs. Herbert Lamont Ballard
Docket No. 00-00049-001
Page 2

**The defendant shall refrain from any unlawful use of a controlled substance.**

Your Petitioner reports that urine samples obtained from Mr. Ballard on June 17, 2004, and on June 2, 2005, tested positive for marijuana.

**The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.**

Your Petitioner reports that the supervised releasee failed to report to the probation office as directed by the probation officer on August 25, 2005; September 22, 2005; and October 7, 2005. The supervised releasee has also failed to submit a monthly supervision report form since May 2005.

**The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**

Your Petitioner reports that the supervised releasee failed to report the arrests that occurred on February 8, 2005, and on September 22, 2005.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3B, Suite 3280, U.S. Post Office and Courthouse, Pittsburgh, PA with legal counsel on _1/24/06_ at _10:00 AM_ to show cause why his supervised release should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _19th_ day of _Jan_, 20_06_ and ordered filed and made a part of the records in the above case. | Executed on    January 5, 2006 |
| _/s/ Donetta W. Ambrose_ | _/s/ Donald O. Covington_ |
| Chief U.S. District Judge | Donald A. Covington |
|  | U.S. Probation Officer |
|  | _/s/ Roselyn Gerson_ |
|  | Roselyn Gerson |
|  | Supervising U.S. Probation Officer |
|  | Place:    Pittsburgh, PA |