MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

USA, Plaintiff

vs.

Ballard, Defendant

No. CR 00-49

HEARING ON: S/R Revocation

Before Judge: Ambrose

Appear for Plaintiff: Bruce Teitelbaum, AUSA

Appear for Defendant: no one

Hearing begun: 10:00 AM 1/24/06

Hearing concluded C. A. V.: 10:16 AM 1/24/06

Stenographer: Shirley Hall

Clerk: Jack Hamilton

WITNESSES:

For Plaintiff: —
For Defendant: —

* Defendant appears without Counsel
* Judge continued the Hearing until 2-14-06 at Noon.
* Defendant to inform court if has not retained counsel so that counsel can be appointed