IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONETTA W. AMBROSE,
CHIEF JUDGE

January 26, 2006

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CR 00-49 |
| | ) | |
| HERBERT LAMONT BALLARD, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE

Counsel:

Take notice that a **Supervised Release Revocation Hearing** has been scheduled in the above-captioned case before the Honorable Donetta W. Ambrose for **February 14, 2006 at 12:00 PM** in Courtroom 3B, Third Floor, U.S. Post Office and Courthouse Building, Pittsburgh, Pennsylvania.

Sincerely,

*[signature]*

Jack L. Hamilton
Courtroom Deputy to
Chief Judge Ambrose

cc:   All Counsel of Record
      US Marshal
      US Probation