IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:00-cr-00049 |
| v. | ) | |
| | ) | (The Honorable Donetta W. Ambrose) |
| HERBERT LAMONT BALLARD | ) | |

**MOTION FOR CONTINUANCE OF DEFENDANT'S
PROBATION VIOLATION HEARING**

NOW COMES, the Defendant, HERBERT LAMONT BALLARD, by his appointed counsel, STANLEY W. GREENFIELD, Esquire, and GREENFIELD & KRAUT, and moves the Court for an Order continuing Defendant's Probation Violation Hearing, now scheduled for Tuesday, February 14, 2006, to a date that suits the convenience of the Court, after counsel, having just been appointed, has completed his investigation of the facts and notified the Court.

GREENFIELD & KRAUT


/s/ Stanley W. Greenfield
Stanley W. Greenfield
PA I.D. No. 00622

Greenfield Court
1035 Fifth Avenue
Pittsburgh, PA 15219
Phone:  (412) 261-4466

Attorney for Defendant,
Herbert Lamont Ballard

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         )
                                   )
          v.               )  Case No. 2:00-cr-00049
                                   )
HERBERT LAMONT BALLARD    )

**<u>ORDER</u>**


AND NOW, this _____ day of _____, 2006, it is

ORDERED and DECREED that the Probation Violation Hearing, now scheduled

in the above matter for February 14, 2006, is hereby continued until further Order

of Court.




_____
Donetta W. Ambrose
Chief U.S. District Judge