IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:00-cr-00049 |
| | ) |
| HERBERT LAMONT BALLARD | ) |

### ORDER

AND NOW, this _13th_ day of _Feb_, 2006, it is ORDERED and DECREED that the Probation Violation Hearing, now scheduled in the above matter for February 14, 2006, is hereby continued until ~~further Order of Court.~~ 3/2/06 at 11:00am

_Donetta W. Ambrose_
Donetta W. Ambrose
Chief U.S. District Judge