MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

USA

*Plaintiff*

vs.

Ballard

*Defendant*

No. CR 00-49

HEARING ON Supervised Release Revocation

Before Judge Ambrose

Bruce Teitelbaum, AUSA          Stanley Greenfield, Esq.

*Appear for Plaintiff*          *Appear for Defendant*

Hearing begun 3:33 PM 3/2/06          Hearing adjourned to

Hearing concluded C.A.V. 4:03 PM 3/2/06   Stenographer Sandy Wenger

Clerk: Jack Hamilton

WITNESSES:

*For Plaintiff*          *For Defendant*

* Defendant Sworn and Spoke on his Own Behalf
* Sentence Order to be filed
* Order Revocation of S/R Granted