MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

USA

*Plaintiff*

vs.

Ballard

*Defendant*

No. CR 00-49

HEARING ON Re-Sentencing

Before Judge Ambrose

Bruce Teitelbaum, AUSA          Stanley Greenfield, ESQ

*Appear for Plaintiff*           *Appear for Defendant*

Hearing begun 10:01 AM 10/4/06     Hearing adjourned to

Hearing concluded C. A. V. 10:10 AM 10/4/06   Stenographer Shirley Hall
Clerk: Jack Hamilton

WITNESSES:

*For Plaintiff*                 *For Defendant*

* Defendant Sworn
* Judge resentenced the Defendant to 8 months electronic from 3/2/06.